
1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   Russell Handy, Esq., SBN 195058
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385
   (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   KENNETH S. KATZOFF (SBN: 107684)
8  STEPHEN G. PREONAS (SBN: 245334)
   spreonas@katzoffriggs.com
9  KATZOFF & RIGGS LLP
   1500 Park Ave., Suite 300
10 Emeryville, CA 94608
   Telephone: (510) 597-1990
11 Facsimile: (510) 597-0295
   Attorneys for Defendants
12 Carlos Vargas, Rosa Maria Vargas and Gorilla Clouds Smoke & Vape
13 Shop LLC

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA

16 | SAMUEL LOVE,                              | Case: 3:19-CV-05394-SI
17 |         Plaintiff,                        |
18 |   v.                                      | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**
19 | CARLOS VARGAS;                            |
20 | ROSA MARIA VARGAS;                        |
   | GORILLA CLOUDS SMOKE &                    |
21 | VAPE SHOP LLC, a California               |
   | Limited Liability Company; and            |
22 | Does 1-10,                                |
23 |         Defendants.                       |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 05, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
        Amanda Lockhart Seabock
        Attorneys for Plaintiff

Dated: April 05, 2020     KATZOFF & RIGGS LLP

By: /s/ Stephen G. Preonas
        Kenneth S. Katzoff
        Stephen G. Preonas
        Attorneys for Defendants
        Carlos Vargas, Rosa Maria Vargas
        and Gorilla Clouds Smoke & Vape
        Shop LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephen G. Preonas, counsel for Carlos Vargas, Rosa Maria Vargas and Gorilla Clouds Smoke & Vape Shop LLC, and that I have obtained Mr. Preonas's authorization to affix his electronic signature to this document.

Dated: April 05, 2020   CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff